UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Randy L. Decker, Jr.

   v.                                       Civil No. 16-cv-132-JD

United States of America

**REPORT AND RECOMMENDATION**

Petitioner Randy L. Decker, Jr. has filed a motion (doc. no. 7) seeking to voluntarily withdraw his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 (doc. no. 1). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Decker's request to voluntarily dismiss this matter should be granted, and the action should be dismissed without prejudice. See Fed. R. Civ. P. 41(a). Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15, 21-22 (1st Cir. 2014).

                                                     Andrea K. Johnstone
                                                     United States Magistrate Judge

June 9, 2016

cc:   Randy L. Decker, Jr., pro se
       Geoffrey J. L. Brown, Esq.